IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRADLEY K. OELTJENBRUN, | ) |
| Plaintiff, | ) No. 14-CV-3045-MWB |
| v. | ) |
| FEDERAL CROP INSURANCE CORPORATION, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Bradley K. Oeltjenbrun, and Defendant, the Federal Crop Insurance Corporation (FCIC), stipulate to dismissal with prejudice of this action with each party to bear its own costs, fees, and expenses.

Respectfully submitted,

| | |
|---|---|
| Winston & Byrne, P.C. | KEVIN W. TECHAU<br>United States Attorney |
| By: /s/ Michael G. Byrne | By: /s/ Jacob A. Schunk |
| MICHAEL G. BYRNE<br>119 2nd St. NW.<br>Mason City, IA 50401<br>641-423-1913<br>641-423-8998 (fax)<br>winstonbyrne@mchsi.com | JACOB A. SCHUNK<br>Assistant United States Attorney<br>111 7th Avenue SE, Box 1<br>Cedar Rapids, IA 52401-2101<br>(319) 363-6333<br>(319) 363-1990 (Fax)<br>Jacob.Schunk@usdoj.gov |